

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00900-CV

**IN THE INTEREST OF L.C.** and N.M., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-03030
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Both parents are indigent; no costs are taxed against either parent.

SIGNED June 17, 2015.

_____
Patricia O. Alvarez, Justice